**IN THE UNITED STATES DISTRICT OF COURT**

**FOR THE DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DANIEL BEATY,**

**Defendant.**

**Case No. 3:24-cr-00385-IM-1**

**ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A (CRIMINAL CASE)**

IT IS ORDERED that CJA Panel Attorney C. Renee Manes is appointed effective July 21, 2026, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving Assistant Federal Public Defender Chandra Peterson, who shall be terminated from the list of attorneys to be noticed.

DATED this _____23rd_______ day of July 2026.

_/s/ Karin J. Immergut_________________
Honorable Karin J. Immergut
United States District Judge

PRESENTED BY:

Fidel Cassino-DuCloux
___________________________________
Fidel Cassino-DuCloux
Federal Public Defender