C. Renée Manes
AKB 8611121 / CAB 158528 / OSB 261938
The Gilbert Building
333 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 782-6691
Email: renee@reneemaneslaw.org

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANIEL BEATY,**

Defendants.

Case No. 3:24-cr-385-IM

**AFFIDAVIT OF COUNSEL, C. RENÉE MANES, IN SUPPORT OF THE UNOPPOSED MOTION TO CONTINUE/RESET THE TRIAL DATE (EIGHTH/FIRST)**

I, C. RENÉE MANES, affirm and declare:

1. I have been appointed to represent the defendant in this matter, Mr. Daniel Beaty.

2. Mr. Beaty was arrested on September 20, 2024, and appeared on a complaint that same day. Mr. Beaty has been detained since that day, a period of seven-hundred and nineteen (719) days.

3. Mr. Beaty was previously represented by counsel with the Federal Public Defender's Office, and the docket reflects that they sought seven prior extensions of the trial date. I was appointed on July 23, 2026, and this is my first request for an extension of the trial date.

4. To date I have reviewed the discovery that can be provided to me, and I have retained and consulted with the forensic expert who analyzed the actionable material. I have discussed the matter briefly with the prosecutor, Assistant United States Attorney Mira Chernick, and I am working on accessing the protected/ actionable material so that I may better analyze the issues and Mr. Beaty's exposure. I have met with Mr. Beaty and discussed the allegations and some options as I currently understand them. I am seeking this extension of time in order to: review the discovery that can not be provided to me; retain any additional necessary experts; consult with the government; and, consult with and advise Mr. Beaty regarding these allegations and his options in this matter. I am aware that this matter has been pending for a significant period of time, however Mr. Beaty faces extremely serious charges that carry lengthy mandatory minimum sentences. Nevertheless, I am hopeful that I will be able to complete the necessary work within the next three months.

5. I have consulted with Mr. Beaty specifically about this request for an extension of time, and advised him that doing so would waive his rights under the Speedy Trial Act during this period. Mr. Beaty agrees to this continuance and that waiver.

6. I have consulted with Assistant United States Attorney Mira Chernick, and I am authorized to state that she does not oppose this request.

7. I swear and affirm that all the foregoing facts are true, and that this request for a continuance is sought in good faith and not to delay or hinder the prosecution in this matter.

Sworn at Portland, Oregon, this 8th day of September, 2026.

*/s/ C. Renée Manes*
C. Renée Manes
Attorney for Defendant